B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Scarborough-St. James Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-3245474** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7501 Jonquil Court**<br>**Wilmington, NC**<br>ZIP Code **28409** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Hanover** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                         **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Scarborough-St. James Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>    ☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>    ■  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Scarborough-St. James Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _~signature~_
Signature of Attorney for Debtor(s)

Thomas F. Driscoll III 4703
Printed Name of Attorney for Debtor(s)

Bifferato LLC
Firm Name

800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Address

302-225-7600  Fax: 302-354-5383
Telephone Number

March 19, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~Nancy P. Armano~_
Signature of Authorized Individual

Nancy P. Armano
Printed Name of Authorized Individual

President
Title of Authorized Individual

March 19, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**District of Delaware**

In re   Scarborough-St. James Corporation                                    Case No. _____

_____              Chapter    11
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 19, 2015                                          _Nancy P. Armano/President_
                                                                 Nancy P. Armano/President
                                                                 Signer/Title

67500 South Main Street, Richmond LLC
c/o Madison Realty Capital, L.P.
825 Third Avenue, 37th Floor
New York, NY 10022

All 4 One Painting
19376 Poinciana
Redford, MI 48239

City of Richmond
P.O. Box 457
68225 Main Street
Richmond, MI 48062

Don Koehn
70549 Karen Street
Richmond, MI 48062

Extreme Building & Design
8780 37 Mile Road
Romeo, MI 48065

Lazare Potter Giacovas & Kranjac
875 Third Avenue
New York, NY 10022

Louis E. Cherico
18 Dennis Drive
New Rochelle, NY 10804

Madison Realty Capital, L.P.
825 Third Avenue, 37th Floor
New York, NY 10022

Nancy P. Armano
7501 Jonquil Court
Wilmington, NC 28409

Phil's Construction Company
1425 Fox Avenue
Ferndale, MI 48220-2317

Richmond Glass
10494 Gratiot
Columbus, MI 48063

SEMCO Energy Gas Company
P.O. Box 740812
Cincinnati, OH 45274-0812

Weaver Construction
1067 Capitol
Lincoln Park, MI 48146

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Delaware

In re   **Scarborough-St. James Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **67500 South Main Street, Richmond LLC**<br>**c/o Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** | **67500 South Main Street, Richmond LLC**<br>**c/o Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** | **Contested Judgment** | **Disputed** | **720,204.80** |
| **All 4 One Painting**<br>**19376 Poinciana**<br>**Redford, MI 48239** | **All 4 One Painting**<br>**19376 Poinciana**<br>**Redford, MI 48239** | **Property Maintenance** | | **50.00** |
| **City of Richmond**<br>**P.O. Box 457**<br>**68225 Main Street**<br>**Richmond, MI 48062** | **City of Richmond**<br>**P.O. Box 457**<br>**68225 Main Street**<br>**Richmond, MI 48062** | **Property Tax** | | **3,477.92** |
| **Don Koehn**<br>**70549 Karen Street**<br>**Richmond, MI 48062** | **Don Koehn**<br>**70549 Karen Street**<br>**Richmond, MI 48062** | **Property Maintenance** | | **200.00** |
| **Extreme Building & Design**<br>**8780 37 Mile Road**<br>**Romeo, MI 48065** | **Extreme Building & Design**<br>**8780 37 Mile Road**<br>**Romeo, MI 48065** | **Property Maintenance** | | **200.00** |
| **Lazare Potter Giacovas & Kranjac**<br>**875 Third Avenue**<br>**New York, NY 10022** | **Lazare Potter Giacovas & Kranjac**<br>**875 Third Avenue**<br>**New York, NY 10022** | **Legal Fees** | | **Unknown** |
| **Louis E. Cherico**<br>**18 Dennis Drive**<br>**New Rochelle, NY 10804** | **Louis E. Cherico**<br>**18 Dennis Drive**<br>**New Rochelle, NY 10804** | **Loan** | | **12,500.00** |
| **Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** | **Madison Realty Capital, L.P.**<br>**825 Third Avenue, 37th Floor**<br>**New York, NY 10022** | | **Disputed** | **Unknown** |
| **Nancy P. Armano**<br>**7501 Jonquil Court**<br>**Wilmington, NC 28409** | **Nancy P. Armano**<br>**7501 Jonquil Court**<br>**Wilmington, NC 28409** | | | **47,218.29** |
| **Phil's Construction Company**<br>**1425 Fox Avenue**<br>**Ferndale, MI 48220-2317** | **Phil's Construction Company**<br>**1425 Fox Avenue**<br>**Ferndale, MI 48220-2317** | **Property Maintenance** | | **25.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Scarborough-St. James Corporation**                                      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Richmond Glass<br>10494 Gratiot<br>Columbus, MI 48063 | Richmond Glass<br>10494 Gratiot<br>Columbus, MI 48063 | Property Maintenance | | 50.00 |
| SEMCO Energy Gas Company<br>P.O. Box 740812<br>Cincinnati, OH 45274-0812 | SEMCO Energy Gas Company<br>P.O. Box 740812<br>Cincinnati, OH 45274-0812 | Utilities | | 3,590.46 |
| Weaver Construction<br>1067 Capitol<br>Lincoln Park, MI 48146 | Weaver Construction<br>1067 Capitol<br>Lincoln Park, MI 48146 | Property Maintenance | | 25.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 19, 2015**                                   Signature  *Nancy P. Armano*

                                                                                Nancy P. Armano
                                                                                President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re    Scarborough-St. James Corporation                                    Case No. _____

                                                                    Debtor

                                                        Chapter_____ 11


## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nancy P. Armano<br>7501 Jonquil Court<br>Wilmington, NC 28409 | Common | 50.75 | |
| TYR Limited, L.L.C.<br>5607 Shenandoah Drive<br>Waxhaw, NC 28173 | Common | 49.25 | |


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____March 19, 2015_____          Signature _Nancy P. Armano_

                                                        Nancy P. Armano
                                                        President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.


   0_____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Delaware

In re    Scarborough-St. James Corporation                          Case No. _____

                                    Debtor(s)                      Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Scarborough-St. James Corporation    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Nancy P. Armano
7501 Jonquil Court
Wilmington, NC 28409

TYR Limited, L.L.C.
5607 Shenandoah Drive
Waxhaw, NC 28173

☐ None [*Check if applicable*]

March 19, 2015
Date

Thomas F. Driscoll III
Signature of Attorney or Litigant
Counsel for    Scarborough-St. James Corporation
Bifferato LLC
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
302-225-7600 Fax:302-354-5383

# UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF
# SCARBOROUGH-ST. JAMES CORPORATION

The undersigned, being all of directors of Scarborough-St. James Corporation, a Delaware corporation (the "Corporation"), by their signatures below, hereby adopt the following resolutions on behalf of the Corporation, pursuant to the General Corporation Law of the State of Delaware (the "General Corporation Law") and the By-laws of the Corporation (the "By-laws"):

**WHEREAS**, having examined the alternatives presently available to the Corporation and concluded that there are no feasible alternative for the protection and recovery of the Corporation's assets other than the commencement of a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), the Board of Directors has concluded that it is in the best interests of the Corporation and its creditors to proceed as described in these resolutions;

**NOW, THEREFORE, BE IT RESOLVED** that, subject to the condition described below, a Petition under the provisions of chapter 11 of the Bankruptcy Code shall be filed by the Corporation with the United States Bankruptcy Court for the District of Delaware, on March 17, 2015, or the first date possible thereafter; and be it

**FURTHER RESOLVED**, that, subject to the condition described below, each of the following officers (the "Authorized Officers")

**Nancy P. Armano -** President and Treasurer

**LeAnne Armano -** Secretary

be, and each hereby is, authorized and directed on behalf of and in the name of the Corporation to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Corporation in order to enable the Corporation to commence a Chapter 11 bankruptcy case and to cause same to be filed with the United States Bankruptcy Court for the District of Delaware; and be it

**FURTHER RESOLVED** that each of the Authorized Officers be, and each hereby is, authorized to execute and file all petitions, schedules, lists, and other papers in connection with the Corporation's bankruptcy case, and to take any and all action which he or she may deem necessary and proper in connection with such bankruptcy case and to retain and employ legal counsel and any other professional which he may deem necessary and proper; and be it

**FURTHER RESOLVED** that the Corporation hereby retains the law firms of LeClairRyan, a Professional Corporation and Bifferato LLC as bankruptcy counsel for the Corporation for purposes of, among other things, representing the Corporation in its Chapter 11 case, subject to bankruptcy court approval; and be it

**FURTHER RESOLVED,** that the Authorized Officers of the Corporation be, and each of them hereby is, authorized, empowered and directed to negotiate, execute and deliver, for and on behalf of the Corporation, agreements with potential lenders or other third parties, as appropriate, in form and substance satisfactory to such Authorized Officers (each, a "Loan Document" and collectively, the "Loan Documents"), providing for a debtor-in-possession credit facility (the "DIP Facility") in such aggregate principal amount, and use of cash collateral on such terms, as the Authorized Officers shall deem necessary to finance its Chapter 11 case, for and on behalf and in the name of the Corporation, the execution and delivery thereof being conclusive evidence that such Loan Documents were executed pursuant to this resolution; and be it

**FURTHER RESOLVED,** that the Authorized Officers of the Corporation be, and each of them hereby is, authorized, empowered and directed to perform all acts and do all things which he or she may deem necessary or desirable to consummate the transactions contemplated by the Loan Documents, with such modifications, amendments or further agreements, promissory notes, deeds, assignments, bills of sale, deeds of trust, mortgages, security agreements, certificates and other agreements, instruments or documents as he or she, in his or her sole discretion, may deem necessary or desirable and in the best interest of the Corporation, his or her taking of any such action, for and on behalf and in the name of the Corporation, and/or his or her execution and delivery, for and on behalf and in the name of the Corporation, of any such agreement, instrument or document to be conclusive evidence that he or she did so deem the same to be necessary or desirable and in the best interest of the Corporation; and be it

**FURTHER RESOLVED,** that the Secretary of the Corporation be, and hereby is, authorized, empowered and directed to certify and attest any documents which he may deem necessary or appropriate to consummate the transactions contemplated by the Loan Documents; provided that such certification or attestation shall not be required for the validity of the particular document; and be it

**FURTHER RESOLVED,** that each of the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and deliver all such further documents, instruments, certificates or agreements, and to take all such further action and to incur and pay all such expenses, as any such Authorized Officer may approve as necessary, proper, convenient or desirable in order to carry out the foregoing resolutions and fully to effectuate the purposes and intents thereof, the execution and delivery of any such documents, certificates, agreements or instruments, and the taking of any

such action and the incurrence and payment of any such expenses, to be conclusive evidence that the same shall have been approved hereby; and be it

**FURTHER RESOLVED,** that all actions taken by the officers of the Corporation to date, in connection with the foregoing resolutions or the transactions contemplated thereby, be, and each hereby is, confirmed, ratified and approved in all respects.

This Unanimous Written Consent shall be filed in the Minute Book of the Corporation and become a part of the records of the Corporation. This Unanimous Written Consent may be executed in counterparts. A facsimile shall be deemed an original.

[THE NEXT PAGE IS THE SIGNATURE PAGE]

IN WITNESS WHEREOF, the undersigned executed and delivered this Written Consent as of March 15, 2015.

_Nancy P. Armano_
Nancy P. Armano

_William J. Peper III_
William J. Peper III

_LeAnne Armano_
LeAnne Armano