IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Scarborough-St. James Corporation, | Case No. 15-10625 (LSS) |
| Debtor. | Jointly Administered |
| | Re: Docket Nos. 16, 41 |

## ORDER GRANTING LANDLORD'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DENYING LANDLORD'S MOTION FOR ADEQUATE PROTECTION

For the reasons set forth in the Court's Opinion of this date, it is **ORDERED** that

(1) the Motion of 67500 South Main Street (the "Landlord") for an Order Granting Relief from the Automatic Stay Pursuant to Bankruptcy Code Section 362(d) to Permit Immediate Possession of Premises Related to Terminated Leasehold [D.I. 16] is **GRANTED**;

(2) the Motion of the Landlord for an Order Conditioning the Use of Cash Collateral and Providing Adequate Protection [D.I. 41] is **DENIED WITHOUT PREJUDICE**, for renewal if circumstances change;

(3) the Michigan Court's Modified Interim Order Awarding Injunctive Relief, dated October 20, 2014, remains in effect;

(4) Debtor shall file a budget reflecting the disbursements of rent collected from the shopping center in the ordinary course of managing and operating the Shopping Center; and

(5) the parties shall contact the Court's Scheduling Clerk to arrange a status conference in this matter.

Dated: August 18, 2015

_____
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE